CHIEF JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-0058 RSL |
| Plaintiff, ) | ORDER GRANTING |
| vs. ) | STIPULATED MOTION TO CONTINUE TRIAL DATE |
| SHANNON KRISTINA EDWARDS, ) | |
| Defendant. ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date, the affidavit of defense counsel, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from May 8, 2006, to June 19, 2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Shannon Edwards;* #06-0058RSL)          1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of time from the current trial date of May 8, 2006, up to and including the new proposed trial date of June 19, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 3rd day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/  Robert H. Gombiner
WSBA #  16059
Attorney for Shannon K. Edwards
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:       (206) 553-0120
robert_gombiner@fd.org

s/  Norman Barbosa
Assistant United States Attorney
*Telephonic  Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Shannon Edwards;* #06-0058RSL)                    2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100