Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANNON K. EDWARDS,<br><br>　　　　　Defendant. | NO. CR06-0058RSL<br><br>ORDER TO APPLY SEIZED FUNDS TOWARDS RESTITUTION |

It is ORDERED that $1,010.00 currently in the possession of the Mercer Island Police Department and $250.00 currently in the possession of the Edmonds Police Department shall be provided to the United States District Court Clerk to be applied towards the defendant's restitution obligations.

IT IS SO ORDERED.

DATED this 26th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney


NORMAN M. BARBOSA
Assistant United States Attorney

Order Applying Seized Funds Towards Restitution/Edwards
CR06-0058RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970